DAVID C. ALLEN (SBN 190479)
*david.allen@btlaw.com*
KELLEY S. OLAH (SBN 245180)
*kelley.olah@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AIMEE THREET,

Plaintiff,

vs.

DEPUY ORTHOPAEDICS, INC.; and DOES 1-50, inclusive,

Defendants.

Case No. CV16-00801-LHK

**DEFENDANT DEPUY ORTHOPAEDICS, INC.'S DEMAND FOR JURY TRIAL**

Complaint filed: January 7, 2016

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant DEPUY ORTHOPAEDICS, INC. hereby demands a trial by jury, composed of the maximum number of jurors allowed by law, on all claims triable as of right.

Dated: March 25, 2016

**BARNES & THORNBURG LLP**

By: */s/ Kelley S. Olah*
David C. Allen
Kelley S. Olah
Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067. On March 25, 2016, I served a copy of the within document(s):

**DEFENDANT DEPUY ORTHOPAEDICS, INC.'S DEMAND FOR JURY TRIAL**

☐ BY FACSIMILE by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ BY UNITED STATES MAIL by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐ BY ELECTRONIC MAIL. I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| J. Michael Fitzsimmons<br>jfitzsimmon@cw-lawfirm.com<br>CAMPBELL WARBURTON LAW FIRM<br>64 West Santa Clara Street<br>San Jose, CA 95113 | **Attorney for Plaintiff**<br>**AIMEE THREET**<br><br>**T: (408) 295-7701**<br>**F: (408) 295-1423** |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 25, 2016, at Los Angeles, California.

______________________________
Jerod Williams